1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

R. ALEXANDER ACOSTA,

                                    Plaintiff,

        v.

VISION AIRLINES, INC., *et al.*

                                    Defendant.

Case No. 2:18-cv-00682-APG-GWF

**ORDER**

This matter is before the Court on the parties' Stipulated Discovery Plan and Proposed Scheduling Order Submitted in Compliance with LR 26-1(b) (ECF No. 13), filed July 6, 2018.

Upon review and consideration, and with good cause appearing therefor, the Court will enter the order in accordance herein.  Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulated Discovery Plan and Proposed Scheduling Order Submitted in Compliance with LR 26-1(b) (ECF No. 13) is **granted**.  The following discovery dates shall apply:

1.  Last date to complete discovery: **December 4, 2018**

2.  Last date to amend pleadings and add parties: **September 5, 2018**

3.  Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **October 5, 2018**

4.  Last date to disclose rebuttal experts: **November 4, 2018**

5.  Last date to file interim status report: **October 5, 2018**

. . .

. . .

. . .

. . .

. . .

1

6. Last date to file dispositive motions: **January 4, 2019**

7. Last date to file joint pretrial order: **February 4, 2019**[1]

Dated this <u>9th </u>day of July, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the dispositive motions for further court order.  The parties shall include in the joint pretrial order the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections.

2